SCHUYLER HAMILTON, Appellant, *v.* GEORGE W. BAKER et al., as Trustees of Union Free School District No. 2 of the Towns of Cortlandt and Yorktown, Westchester County, Respondents.

*Taxpayer's action — schools — action to restrain trustees of school district from issuing bonds for erection of school building.*

*Hamilton v. Baker*, 215 App. Div. 786, affirmed.
(Argued June 8, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 26, 1925, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for dismissal of the complaint in a taxpayer's action to restrain the defendants from issuing

bonds or incurring obligation or expense for the construction of a new school building.

*Charles Wesley* and *Edgar L. Ryder* for appellant.

*Alvin M. Higgins* and *Edgar A. B. Spencer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.